ACCEPTED
15-25-00004-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/30/2025 12:20 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00004-CV

_____

COURT OF APPEALS
for the
FIFTEENTH DISTRICT OF TEXAS
Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/30/2025 12:20:29 PM
CHRISTOPHER A. PRINE
Clerk

_____

**Curadev Pharma PVT. LTD. and
Curadev Pharma Limited,**

*Appellants,*

**v.**

**The University of Texas Southwestern Medical Center,
Dr. Xiaochen Bai, and Dr. Xuewu Zhang,**

*Appellees.*

_____

**Appeal from 101st Judicial District Court
of Dallas County, Texas**
*Honorable Staci Williams, Presiding Judge*

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE BRIEF OF APPELLEES**

_____

**To the Honorable Court of Appeals:**

Pursuant to TEX. R. APP. P. 10.5(b) and 38.6(d), The University of Texas Southwestern Medical Center, Dr. Xiaochen Bai, and Dr. Xuewu Zhang ("Appellees") file this Unopposed Motion for Extension of Time to File Brief of Appellees, and respectfully shows the Court as follows:

1

1. The Brief of Appellants was filed on January 21, 2025. The Brief of Appellees is thus currently due on February 10, 2025. *See* TEX. R. APP. P. 38.6(b). For the following reasons, Appellees request a 14-day extension of time to file its brief, making the new due date February 24, 2025.

2. A reasoned justification for an extension of time exists. The undersigned counsel for Appellees has had and will have other commitments necessitating this extension, including:

a. preparing for and presenting oral argument at an omnibus hearing on January 21, 2025, in *In re Big Lots, Inc., et al.*, Case No. 24-11967, in the United States Bankruptcy Court for the District of Delaware; and

b. preparing for and presenting oral argument at a hearing on a plea to the jurisdiction on February 4, 2025, in *Romero v. Texas Permanent School Fund Corp.*, Cause No. D-1-GN-24-009170, in the 98th Judicial District of Travis County, Texas.

These and other scheduling conflicts, as well as pre-planned travel from January 29-February 2, 2025, necessitate this request for an extension.

3. Appellees therefore request that the deadline for filing its Brief of Appellees be extended 14 days to February 24, 2025. This is Appellees' first request for an extension of time for its Brief of Appellees and is not sought for the purpose of delay.

43509781v.1

4.      Counsel for Appellants has advised that they do not oppose this requested extension.

For these reasons, Appellees The University of Texas Southwestern Medical Center, Dr. Xiaochen Bai, and Dr. Xuewu Zhang respectfully pray that the Court extend the time to file its Brief of Appellee to February 24, 2025.

Respectfully submitted,

*/s/ David Schlottman*
**Nathaniel St. Clair, II**
  State Bar No. 24071564
  nstclair@jw.com
**David Schlottman**
  State Bar No. 24083807
  dschlottman@jw.com
**Demi Williams**
  State Bar No. 24084101
  dswilliams@jw.com
**Hailey Oestreich**
  State Bar No. 24116627
  hoestreich@jw.com
**Jackson Walker LLP**
  2323 Ross Avenue, Suite 600
  Dallas, Texas 75201
  Telephone: (214) 953-6000
  Facsimile: (214) 661-6690

*Attorneys for Appellees The*
*University of Texas Southwestern*
*Medical Center, Dr. Xiaochen Bai,*
*and Dr. Xuewu Zhang*

43509781v.1

## CERTIFICATE OF CONFERENCE

On January 28, 2025, the undersigned conferred with David Whittlesey, counsel for Appellant, about the merits of this motion. Counsel does not oppose the requested extension sought in this motion.

/s/ *Hailey Oestreich*
**Hailey Oestreich**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing motion was served via electronic service in accordance with TEX. R. APP. P. 9.5 upon the following counsel of record for Appellant on this 30th, day of January, 2025:

David P. Whittlesey (david.whittlesey@aoshearman.com)
Jacob Daniel Fields (jacob.fields@aoshearman.com)
Allen Overy Shearman Sterling US LLP
300 West 6th Street, Ste. 2250
Austin, TX 78701

Trey Hebert (trey.hebert@aoshearman.com)
Allen Overy Shearman Sterling US LLP
The Link at Uptown
2601 Olive St., 17th Floor
Dallas, TX 75201

/s/ *Hailey Oestreich*
**Hailey Oestreich**

43509781v.1

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Hailey Oestreich on behalf of David Schlottman
Bar No. 24083807
hoestreich@jw.com
Envelope ID: 96792022
Filing Code Description: Motion
Filing Description: Motion
Status as of 1/30/2025 12:25 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| David Schlottman | | dschlottman@jw.com | 1/30/2025 12:20:29 PM | SENT |
| Demi Williams | | dswilliams@jw.com | 1/30/2025 12:20:29 PM | SENT |
| Nathaniel St Clair | | nstclair@jw.com | 1/30/2025 12:20:29 PM | SENT |
| Hailey Oestreich | | hoestreich@jw.com | 1/30/2025 12:20:29 PM | SENT |
| David Whittlesey | 791920 | david.whittlesey@aoshearman.com | 1/30/2025 12:20:29 PM | SENT |
| Jacob Fields | 24115134 | jacob.fields@shearman.com | 1/30/2025 12:20:29 PM | SENT |
| Olin Hebert | 24097819 | trey.hebert@aoshearman.com | 1/30/2025 12:20:29 PM | SENT |